IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| WILLIE MILLER | : | CAFN: |
| | : | FEDERAL TORT CLAIM |
| PLAINTIFF, | : | |
| | : | |
| Vs. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | |
| | : | |
| DEFENDANT. | : | |

## **COMPLAINT FOR DAMAGES**

COMES NOW, Plaintiff and shows this Honorable Court the following:

1.

Plaintiff is a resident of the Middle District of Georgia, Albany Division and Plaintiff's cause of action arose therein. Venue and jurisdiction are proper in the Middle District of Georgia, Albany Division.

2.

Defendant United States of America may be served pursuant to F.R.C.P. 4(d)(4) by serving the United States Attorney for the Middle District of Georgia with a copy of the Summons and Complaint and providing a copy of the Summons and Complaint by certified mail to the Attorney General of the United States.

3.

Defendant United States of America through the Department of Health and Human Services funds community health centers including Albany Area Primary Healthcare, Inc. (hereinafter referred to as AAPHC). Claims for medical negligence of the physician employees of AAPHC must be brought pursuant to the Federal Tort Claims Act.

4.

Willie Miller, though his counsel, filed a timely Form 95 giving Defendant notice of Plaintiff's claim. A copy of the transmittal letter, certified mail receipt and Form 95 (exhibits omitted) is attached hereto as composite Exhibit "A". More than six (6) months has elapsed since the receipt of the Form 95 by the United States Department of Health and Human Services and no administrative action has been taken.

5.

At all times pertinent hereto Dr. Frances Ferguson was an employee of AAPHC.

6.

Prior to August 28, 2015 Plaintiff Willie Miller had a left above-the-knee amputation for a non-healing leg infection. Plaintiff Willie Miller had previously suffered a spinal cord injury and was paraplegic.

7.

Prior to the amputation referred to hereinabove, Plaintiff Willie Miller lived independently and it was anticipated by his physicians that after a period of rehabilitation he would return to independent living.

8.

On August 28, 2015 Plaintiff Willie Miller was admitted to Wynfield Park Health and Rehabilitation in Albany, Georgia for an anticipated four (4) week period of rehabilitation prior to returning home. Dr. Frances Ferguson had been Plaintiff's physician and continued to be Plaintiff's physician while he was in Wynfield Park.

9.

Dr. Frances Ferguson failed to exercise that degree of care, skill and diligence required of her in rendering care to Plaintiff during the period from his admission to Wynfield Park on August 28, 2015 through his discharge on September 17, 2015.

10.

As a direct and proximate result of the failure of Dr. Frances Ferguson to exercise that degree of care, skill and diligence required of her, the stage 2 decubitus ulcer, which Plaintiff Willie Miller had in his sacral region upon admission to Wynfield Park, progressed to sepsis as a result of the dramatic

worsening of the decubitus ulcer resulting in Plaintiff Willie Miller undergoing a sigmoid colostomy, extensive surgery and rehabilitation and incurring medical expenses in excess of $560,212.07.

11.

As a direct and proximate result of the failure of Dr. Frances Ferguson to exercise that degree of care, skill and diligence required of her as the physician attending Plaintiff Willie Miller while he was at Wynfield Park for rehabilitation, Plaintiff Willie Miller has had a significant decrease in his quality of life and has been rendered permanently unable to enjoy the quality of life that he had before his admission before his admission to Wynfield park and to which it was anticipated that he would return after rehabilitation.

12.

The Affidavit of Dr. Henry C. Allen is attached hereto as Exhibit "B".

WHEREFORE, Plaintiff respectfully demands judgment against Defendant United States of America in the sum of Two Million Five Hundred Thousand Dollars ($2,500,000.00) together with all taxable costs.

        Respectfully Submitted,


        <u>/s/ Del Percilla, Jr.</u>
        Del Percilla, Jr.
        State Bar No. 571950
        ATTORNEY FOR PLAINTIFF

Percillalaw, LLC
1801 Gillionville Road
Albany, GA 31707
Phone: (229) 432-5883
Fax: (229) 436-6302
Email: delp@percillalaw.com